UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAMILIA BUCK,<br><br>                    Defendant. | PO-20-5013-BLG-TJC<br>Ticket Number: 6009959<br>Location Code: M44<br>Disposition Code: PP<br><br>JUDGMENT IN A CRIMINAL CASE |

On July 14, 2020, the Defendant, Camilia Buck, was present in court and entered a plea of guilty to the charge of: OBSTRUCTION OF MAILS GENERALLY in violation of 18 U.S.C. § 1701.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1.  Defendant must pay a fine in the amount of $170.00 plus $30.00 Special Assessment for OBSTRUCTION OF MAILS GENERALLY in violation of 18 U.S.C. § 1701 for a total of $200.00,  The fine has been paid in full, receipt number MTX100017286.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement

specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Timothy J. Cavan.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: July 14, 2020.

 July 15, 2020   
Date Signed

                                              TIMOTHY J. CAVAN  
                                              United States Magistrate Judge